# EXHIBIT A



# *WebCivil Supreme - Case Detail*

Court: **New York Supreme Court**
Index Number: **654058/2020**
Case Name: **REFINERIA DI KORSOU N.V. vs. PETROLEOS DE VENEZUELA S.A.**
Case Type: **Comm-Contract**
Track: **Complex**
RJI Filed: **12/17/2020**
Date NOI Due: **03/20/2022**
NOI Filed:
Disposition Date: **07/15/2022**
Calendar Number:
Jury Status:
Justice Name: **Masley, Hon. Andrea**

Attorney/Firm For Plaintiff:
**Carter, Ledyard & Milburn, LLP**       Attorney Type: **RETAINED**        Atty. Status: **Active**
**28 Liberty Street**
**41st Floor**
**New York, NY 10005**

Attorney/Firm For Defendant:
**Petroleos De Venezuela S.A.**       Attorney Type: **UNREPRESENTED**       Atty. Status: **Active**





# WebCivil Supreme - Appearance Detail

Court: **New York Supreme Court**
Index Number: **654058/2020**
Case Name: **REFINERIA DI KORSOU N.V. vs. PETROLEOS DE VENEZUELA S.A.**
Case Type: **Comm-Contract**
Track: **Complex**

**Appearance Information:**

| Appearance Date | Time | Court Date Purpose | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|
| 03/24/2022 | | Motion-Notice of Motion | Fully Submitted - No Opposition | Masley, Hon. Andrea PAPERLESS JUDGE | | 3 |
| 09/21/2021 | | Motion-Notice of Motion | Fully Submitted - No Opposition | Masley, Hon. Andrea PAPERLESS JUDGE | | 2 |
| 01/01/2020 | | Motion-Other | Decided | Masley, Hon. Andrea Order To Show Cause Part | | 1 |

Close



# WebCivil Supreme - Motion Detail

Court: **New York Supreme Court**
Index Number: **654058/2020**
Case Name: **REFINERIA DI KORSOU N.V. vs. PETROLEOS DE VENEZUELA S.A.**
Case Type: **Comm-Contract**
Track: **Complex**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 3 | 02/18/2022 | | Renew/Reargue/Resettle/Reconsider | 03/24/2022 | No | Decided: 07/15/2022 Decided Before Justice: Masley, Hon. Andrea | Short Form Order | 07/15/2022 |
| 2 | 09/15/2021 | | Judgment - Default | 09/21/2021 | No | Decided: 12/08/2021 Decided Before Justice: Masley, Hon. Andrea | Short Form Order | 12/08/2021 |
| 1 | 12/17/2020 | | Extend - Time | 02/09/2021 | No | Decided: 02/09/2021 Decided Before Justice: Masley, Hon. Andrea | Short Form Order | 02/09/2021 |

Close



# WebCivil Supreme - eFiled Documents Detail

Court: **New York Supreme Court**
Index Number: **654058/2020**
Case Name: **REFINERIA DI KORSOU N.V. vs. PETROLEOS DE VENEZUELA S.A.**
Case Type: **Comm-Contract**
Track: **Complex**

**Document List** - Click on the document name to view the document

| # | Document Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 08/26/2020 | SUMMONS + COMPLAINT | Summons and Complaint | | JEFFREY S. BOXER |
| 2 | 08/26/2020 | EXHIBIT(S) | Exhibit 1 - Guaranty | | JEFFREY S. BOXER |
| 3 | 08/26/2020 | EXHIBIT(S) | Exhibit 2 - Utilities Services Agreement | | JEFFREY S. BOXER |
| 4 | 08/26/2020 | EXHIBIT(S) | Exhibit 3 - Notice and Deed Assignment | | JEFFREY S. BOXER |
| 5 | 08/26/2020 | EXHIBIT(S) | Exhibit 4 - PDVSA Pleadings | | JEFFREY S. BOXER |
| 6 | 08/26/2020 | EXHIBIT(S) | Exhibit 5 - Curacao Summary Judgment | | JEFFREY S. BOXER |
| 7 | 12/17/2020 | EXPARTE ORDER (PROPOSED) | Propsoed Ex Parte Order for an Extension of Time to Serve and for an Alternative Means of Service on Defendants | 001 | JEFFREY S. BOXER |
| 8 | 12/17/2020 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP | Affirmation of Jeffrey S. Boxer in Support of Plaintiff's Application for an Extension of Time to Serve and for an Alternative Means of Service | 001 | JEFFREY S. BOXER |
| 9 | 12/17/2020 | EXHIBIT(S) | Exhibit A - Copy of Summons and Complaint | 001 | JEFFREY S. BOXER |
| 10 | 12/17/2020 | EXHIBIT(S) | Exhibit B - Copy of Guaranty | 001 | JEFFREY S. BOXER |
| 11 | 12/17/2020 | EXHIBIT(S) | Exhibit C - Copy of DHL Shipment Tracking Log | 001 | JEFFREY S. BOXER |
| 12 | 12/17/2020 | MEMORANDUM OF LAW IN SUPPORT | Plaintiff's Memorandum of Law in Support of Ex Parte Order for an Extension of Time to Serve and for an Alternative Means of Service on Defendant | 001 | JEFFREY S. BOXER |
| 13 | 12/17/2020 | RJI -RE: OTHER EX PARTE APPLICATION | Request for Judicial Intervention Form | 001 | JEFFREY S. BOXER |
| 14 | 12/17/2020 | ADDENDUM - COMMERCIAL DIVISION (840C) | --none-- | 001 | JEFFREY S. BOXER |
| 15 | 12/22/2020 | ORDER - EXPARTE | --none-- | | Lauren Guerrera court user |
| 16 | 01/20/2021 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation of Service of Jeffrey S. Boxer of the Summons & Complaint, the Ex Parte Order authorizing an alternative means of service and the Notice of Electronic Filing | | JEFFREY S. BOXER |
| 17 | 01/20/2021 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of Edurin Colon of the Summons and Complaint, the Ex Parte Order authorizing an alternative means of service and the Notice of Electronic Filing | | JEFFREY S. BOXER |
| 18 | 02/09/2021 | DECISION + ORDER ON MOTION | --none-- | 001 | Andrea Masley court user |
| 19 | 08/23/2021 | NOTICE OF MOTION | Notice of Motion for a default judgment against Defendant Petroleos de Venezuela S.A. | 002 | JEFFREY S. BOXER |
| 20 | 08/23/2021 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affirmation of Jeffrey S. Boxer in Support of Application for Default Judgment | 002 | JEFFREY S. BOXER |
| 21 | 08/23/2021 | EXHIBIT(S) | Exhibit 1 - Summons & Complaint | 002 | JEFFREY S. BOXER |
| 22 | 08/23/2021 | EXHIBIT(S) | Exhibit 2 - ECF#15 Order granting extension of time to serve Summons & Complaint and creating method of service | 002 | JEFFREY S. BOXER |

| # | Date | Document | Description | Motion # | Filer |
|---|---|---|---|---|---|
| 23 | 08/23/2021 | EXHIBIT(S) | Exhibit 3 - ECF#16 - Boxer Affirmation of Service on Alternative Service of Summons & Complaint; Ex Parte Order and Notice | 002 | JEFFREY S. BOXER |
| 24 | 08/23/2021 | EXHIBIT(S) | Exhibit 4 - ECF#17 - Colon Affidavit of Service on Alternative Service of Summons & Complaint; Ex Parte Order and Notice | 002 | JEFFREY S. BOXER |
| 25 | 08/23/2021 | AFFIDAVIT | Affidavit of Merit of Marcelino R.J. de Lannoy in Support of Application for Default Judgment | 002 | JEFFREY S. BOXER |
| 26 | 08/23/2021 | EXHIBIT(S) | Exhibit A - Utilities Services Agreemeent | 002 | JEFFREY S. BOXER |
| 27 | 08/23/2021 | EXHIBIT(S) | Exhibit B - PDVSA Guarantee of USA. | 002 | JEFFREY S. BOXER |
| 28 | 08/23/2021 | EXHIBIT(S) | Exhibit C - Curaao Judgment in preliminary relief proceedings | 002 | JEFFREY S. BOXER |
| 29 | 08/23/2021 | EXHIBIT(S) | Exhibit D TOP Calculation | 002 | JEFFREY S. BOXER |
| 30 | 08/23/2021 | EXHIBIT(S) | Exhibit E - RDK Top Invoices to Isla 2018 and 2019 | 002 | JEFFREY S. BOXER |
| 31 | 08/23/2021 | ORDER ( PROPOSED ) | Proposed Order Granting Default Judgment | 002 | JEFFREY S. BOXER |
| 32 | 08/24/2021 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation of Service of Jeffrey S. Boxer regarding the Motion for Default Judgment and Supporting Papers | 002 | JEFFREY S. BOXER |
| 33 | 08/24/2021 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of Edurin Colon regarding the Motion for Default Judgment and Supporting Papers | 002 | JEFFREY S. BOXER |
| 34 | 12/08/2021 | DECISION + ORDER ON MOTION | --none-- | 002 | Andrea Masley court user |
| 35 | 02/16/2022 | NOTICE OF ENTRY | Notice of Entry of Decision and Order on Motion entered on December 8, 2021 | 002 | JEFFREY S. BOXER |
| 36 | 02/16/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation of Service by Jeffrey S. Boxer of Notice of Entry | 002 | JEFFREY S. BOXER |
| 37 | 02/16/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service By Dawn Mascolo of Notice of Entry | 002 | JEFFREY S. BOXER |
| 38 | 02/18/2022 | NOTICE OF MOTION | Notice of Motion to to Reargue and/or Vacate Decision and Order | 003 | JEFFREY S. BOXER |
| 39 | 02/18/2022 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affirmation of Jeffrey S. Boxer in Support of Motion to Reargue Denial of Default Judgment | 003 | JEFFREY S. BOXER |
| 40 | 02/18/2022 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affidavit of Chris de Bres in Support of Motion to Reargue and/or Vacate Order | 003 | JEFFREY S. BOXER |
| 41 | 02/18/2022 | EXHIBIT(S) | Exhibit 1 - Article 229 of the Curacao Code of Civil Procedure | 003 | JEFFREY S. BOXER |
| 42 | 02/18/2022 | EXHIBIT(S) | Exhibit 2 - Copy of the relevant section of treatise along with an English translation | 003 | JEFFREY S. BOXER |
| 43 | 02/18/2022 | MEMORANDUM OF LAW IN SUPPORT | Memorandum of Law in Support of Plaintiff's Motion to Reargue and/or Vacate | 003 | JEFFREY S. BOXER |
| 44 | 02/18/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of Plaintiff's Motion to Reague and/or Vacate with Supporting Papers | 003 | JEFFREY S. BOXER |
| 45 | 02/22/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation of Service of Jeffrey S. Boxer regarding the Motion to Reargue and/or Vacate Decision and Order with Supporting Papers | 003 | JEFFREY S. BOXER |
| 46 | 03/14/2022 | NOTICE OF APPEAL | Notice of Appeal of Decision and Order entered on December 8, 2021 | | JEFFREY S. BOXER |
| 47 | 07/18/2022 | DECISION + ORDER ON MOTION | --none-- | 003 | Andrea Masley court user |
| 48 | 07/25/2022 | NOTICE OF CHANGE OF FIRM NAME OR ADDRESS (POST RJI) | Notice of Address Change of Carter Ledyard & Milburn LLP | | JEFFREY S. BOXER |
| 49 | 08/11/2022 | NOTICE OF ENTRY | Notice of Entry of Decision and Order entered on July 18, 2022 | 003 | JEFFREY S. BOXER |
| 50 | 08/11/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation and Affidavit of Service for Notice of Entry of Decision and Order entered on July 18, 2022 | 003 | JEFFREY S. BOXER |
| 51 | 08/16/2022 | AFFIDAVIT | Affidavit in Support of Proposed Judgment | 003 | JEFFREY S. BOXER |
| 52 | 08/16/2022 | EXHIBIT(S) | Calculation of Amounts Due in Support of Proposed Judgment | 003 | JEFFREY S. BOXER |
| 53 | 08/16/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Proof of Service of Proposed Judgment and Affidavit in Support of Proposed Judgment with Exhibit | 003 | JEFFREY S. BOXER |
| 55 | 08/30/2022 | JUDGMENT - SIGNED BY COURT TO COUNTY CLERK | --none-- | | Lauren Guerrera court user |
| 56 | 08/30/2022 | JUDGMENT - MONEY | --none-- | | Jasper Catalano court user |
| 57 | 09/09/2022 | NOTICE OF ENTRY | Notice of Entry of Judgment entered on August 30, 2022 | | JEFFREY S. BOXER |
| 58 | 09/09/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affirmation and Affidavit of Service for Notice of Entry of Judgment entered on August 30, 2022 | | JEFFREY S. BOXER |

Close