UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                 :
REFINERIA DI KORSOU N.V.,                    :
                                                 :       **NOTICE OF POTENTIAL**
                                   Plaintiff, :       **CONFLICT**
       -against-                                    :
                                                  :       23 Civ. 4974 (AKH)
PETRÓLEOS DE VENEZUELA S.A.,         :
                                                  :
                                   Defendant. :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I write to advise the parties that the firm representing the Plaintiff, Carter Ledyerd & Milburn LLP, represents me in estate matters. Canon 3C(1) provides that a judge should recuse when such a conflict arises. Recusal is subject to remittal.

       I do not believe that I am biased in this case, or that there is an appearance of such. However, if the counsel wishes me to recuse, I will do so, and another judge will be randomly assigned to this case. Counsel should advise the Clerk of Court by October 26, 2023 if a recusal is requested. If either side wishes me to recuse, the Clerk of Court will then advise me without identifying who made the request.

Dated:       October 16, 2023              _/s/ Alvin K. Hellerstein___
                  New York, New York          ALVIN K. HELLERSTEIN
                                               United States District Judge