IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REFINERIA DI KORSOU N.V.,<br><br>Plaintiff,<br><br>v.<br><br>PETROLEOS DE VENEZUELA S.A.,<br><br>Defendant. | Case No. 1:23-cv-4974 (AKH)<br><br>[PROPOSED] ORDER TO SHOW CAUSE IN SUPPORT OF MOTION FOR GOOD CAUSE UNDER 28 U.S.C. § 1963 |

Upon reviewing Plaintiff Refineria Di Korsou N.V.'s ("RDK") Memorandum of Law in Support of a Motion for Good Cause Under 28 U.S.C. § 1963; the declaration of Jeffrey S. Boxer, dated December 11, 2023, in support thereof; exhibits annexed to the heretofore referenced documents; and all other papers filed by RDK, it is

ORDERED that Defendant Petroleos De Venezuela S.A. ("PDVSA") show cause before the Honorable Alvin K. Hellerstein at room 14D, United States Courthouse, 500 Pearl Street, New York, New York 10007, on the ___ day of _____, 2023, at _____, or as soon thereafter as counsel may be heard, why an order should not be issued that; 1) directs the Clerk of Court to enter a judgment in accordance with the Court's November 20, 2023 order (the "Order") (ECF No. 22), recognizing the state court judgment in favor of RDK and against PDVSA as enforceable in federal court; 2) make a finding of "good cause" pursuant to 28 U.S.C. § 1963, so that the United States District Court for the District of Delaware may register this Court's judgment while PDVSA's appeal of the Court's Order is pending; and 3) direct the Clerk of Court to certify the aforementioned judgment for registration in another district; and it is further

ORDERED that the Court's electronic filing of this Order by ECF in the above-captioned

11249846.1

action shall be deemed good and sufficient service and notice thereof after RDK electronically files the papers supporting this order; and it is further

ORDERED that PDVSA's papers in response to this order shall be filed by ECF no later than December ___, 2023, and RDK may file reply papers by ECF no later than December ___, 2023.

        SO ORDERED:

        _____
        United State District Judge

11249846.1