IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REFINERIA DI KORSOU N.V., <br><br> Plaintiff, <br><br> v. <br><br> PETROLEOS DE VENEZUELA S.A., <br><br> Defendant. | Case No. 1:23-cv-4974 (AKH) <br><br> **DECLARATION OF SERVICE** |

### DECLARATION OF JOHN HEATHERTON

1. I am over the age of eighteen years, am not a party to this action and am employed as an Assistant Managing Clerk by the law firm of Carter Ledyard & Milburn LLP, counsel for Plaintiff Refineria di Korsou N.V. in this matter.

2. On Monday, December 18, 2023, I served true and correct copies of the Order to Show Cause in Support of Motion for Good Cause, signed December 18, 2023 and returnable December 21, 2023, the Declaration of Jeffrey S. Boxer in Support of the Order to Show Cause, with exhibits thereto, and the Memorandum of Law in Support of the Order to Show Cause by placing said documents in securely sealed post-paid envelopes and dispatching same as indicated below:

    (a) Dispatching two envelopes by Federal Express International Priority Overnight Delivery at the Federal Express Office located at 110 Williams Street, New York, New York addressed to:

11249821.4

Ms. Anna Crevon
Dentons Europe CS LLP
5 Boulevard Malesherbes
75008 Paris
France

Mr. Michel Deckers
Dentons Europe CS LLP
Gustav Mahlerplein 2
Amsterdam 1082 MA
The Netherlands

   (b)  Dispatching one envelope by DHL International Priority Overnight Delivery at the DHL Office located at 130 Church Street, New York, New York addressed:

Petroleos de Venezuela S.A.
Attn : Corporate Vice-President Finance
8th Floor, East Tower
La Campina, Caracas 1010-A
Venezuela

  Pursuant to 28 U.S. § 1746, I declare the foregoing to be true, under penalties of perjury.

Dated: December 18, 2023
   New York, New York

                         _____
                           John Heatherton