2023/12/20 15:42:26  2 /2
Case 1:23-cv-04974-AKH   Document 30   Filed 12/20/23   Page 1 of 1
Case 1:23-cv-04974-AKH   Document 29   Filed 12/20/23   Page 1 of 1

# CARTER LEDYARD MILBURN

Jeffrey S. Boxer
Partner
boxer@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8626

December 20, 2023

**VIA ECF & FAX**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Refineria di Korsou N.V. v. Petróleos de Venezuela, S.A.*
(1:23-cv-04974-AKH)

> The matter is withdrawn from the calendar of Dec. 21, 2023 on consent. The Clerk shall terminate ECF No. 24.
>
> 12-20-23
> /s/ Alvin Hellerstein

Dear Judge Hellerstein,

We write on behalf of plaintiff Refineria di Korsou N.V. ("RDK") in the above-referenced matter to inform the Court that RDK requests leave to withdraw without prejudice RDK's pending motion pursuant to 28 U.S.C. § 1963, which is scheduled for a Show Cause hearing tomorrow at 10:30 a.m. Defendant's counsel consents to RDK's request and in doing so expressly reserves its privileges, immunities, rights, and defenses, including under the Foreign Sovereign Immunities Act.

We respectfully request that the Court so order RDK's request to withdraw its Section 1963 motion.

Respectfully Submitted,

/s/ Jeffrey S. Boxer

JSB:

11254295.3

Carter Ledyard & Milburn LLP / clm.com