UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

REFINERIA DI KORSOU N.V.,

                                Plaintiff,        1:23 Civ. 4974 (AKH)

      - against -                        **SATISFACTION OF JUDGMENT**

PETROLEOS DE VENEZUELA S.A.

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 30th day of August, 2022 in favor of Plaintiff Refineria Di Korsou N.V. and against Defendant Petroleos de Venezuela S.A. in the amount of $62,339,755.58, and said judgment thereon having been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       September 20, 2024

                                      CARTER LEDYARD & MILBURN LLP

                                      By: _____
                                           Jeffrey S. Boxer
                                     28 Liberty Street
                                     New York, New York 10005
                                     Tel.:  (212) 238-8626
                                     Fax:  (212) 732-3232
                                     Email: boxer@clm.com

                                     *Attorneys for Plaintiff Refineria Di Korsou N.V.*

11343685.1

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 26 day of September, 2024 before me personally came Jeffrey S. Boxer to me known and known to be a member of the firm of Carter Ledyard & Milburn LLP, attorneys for Plaintiff Refineria Di Korsou N.V. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

MERRILL GAYLE MAGER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MA6369906
Qualified in Westchester County
Commission Expires January 22, 2026

11343685.1