UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
REFINERIA DI KORSOU N.V.,                                     :
:
:         **ORDER DISMISSING CASE**
                                              Plaintiff,      :
                                                              :         23 Civ. 4974 (AKH)
            -against-                                         :
                                                              :
PETRÓLEOS DE VENEZUELA S.A.,                                  :
                                                              :
                                              Defendant.      :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In accordance with the mandate of the United States Court of Appeals for the Second Circuit, ECF No. 32, I dismiss this case as moot.

      The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated:     February 5, 2025
             New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge